CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| EDWARD L. KINGSLEY,<br>　　　Petitioner, | ) <br>) <br>) | Civil Action No. 7:15-cv-00425 |
| v. | ) <br>) | **FINAL ORDER** |
| HAROLD W. CLARKE,<br>　　　Respondent. | ) <br>) <br>) | By:　Hon. Michael F. Urbanski<br>　　　United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 27th day of May, 2016.

/s/ Michael F. Urbanski
United States District Judge